## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

**KENNETH WAYNE SIMELTON**,

    **Plaintiff,**

**v.**

**CITY OF CAIRO, et al.**,

    **Defendants.**               **No. 13-cv-265-DRH**

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on October 8, 2014 (Doc. 43), this case is **DISMISSED** with prejudice.  Each party shall bear its own costs.

               **JUSTINE FLANAGAN,**
               **ACTING CLERK OF COURT**

               **BY:**_____/s/*Cheryl A. Ritter*_____
                    **Deputy Clerk**

Dated:  December 17, 2014

Digitally signed by
David R. Herndon
Date: 2014.12.17
13:27:19 -06'00'

APPROVED:

     U. S. DISTRICT JUDGE